JAMES R. SAYRE and ANDREW KIRKPATRICK, executors,

v.

THALES A. LINTHICUM and JULIAN J. ALEXANDER, executors.

*Mr. A. Q. Keasbey*, for appellants.

*Mr. T. N. McCarter*, for respondents.

On appeal from a decree of the ordinary, reported in *Alexander's Case*, 12 *C. E. Gr.* 463.

PER CURIAM.

This decree unanimously affirmed.